**Willie WORLEY, Jr., Plaintiff–Appellant,**

v.

**Danny STANLEY, Sign Plant Manager; Tommy May, Assistant Plant Manager; Mr. Pearson, Defendants–Appellees.**

No. 12–6082.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2012.

Decided: May 25, 2012.

Willie Worley, Jr., Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie D. Worley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Worley v. Stanley*, No. 5:09–ct–03175–FL, 2012 WL 27300 (E.D.N.C. Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*